# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>SOCIAL SERVICES, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01260-AWI-LJO<br><br>ORDER STRIKING PLAINTIFF'S MOTION<br>FOR RELIEF FROM JUDGMENT<br><br>(Doc. 7) |

On January 19, 2012, Plaintiff Janetta Sconiers filed a document entitled "Motion for Relief From Judgment Dated February 26, 2009 Pursuant to F.R.C.P. 60(b)." In compliance with this Court's order of December 13, 2011, in *Sconiers v. Fresno County Superior Court* (Case No. 1:11-cv-00113-LJO-SMS), which declared Plaintiff Janetta Sconiers a vexatious litigant and ordered pre-filing review of any complaint, motion, or other legal document lodged with this Court, the undersigned has reviewed Plaintiff's January 19, 2012 motion and finds it to be frivolous and malicious in that its purpose is to challenge this Court's authority and to litigate matters that Plaintiff was foreclosed from litigating in *Sconiers v. Fresno County Superior Court* (Case No. 1:11-cv-00113-LJO-SMS).

Even if the motion properly concerned this matter, it would be inappropriate since no judgment ever issued in this matter. On February 15, 2007, the Court dismissed the complaint (1) based on the its jurisdictional and pleading deficiencies, immunities for defendants, and Plaintiff's apparent intent to vex defendants; and (2) pursuant to Local Rule 11-110 for Plaintiff's failure to comply with the September 27, 2006 order, to meaningfully and intelligently respond to

1 the September 27, 2006 order, and to prosecute the action.  Doc. 6.  In any event, this motion is
2 untimely since Plaintiff has initiated this motion nearly five years after the case was dismissed.
3 F.R.Civ.P. 60(c)(1).
4       For the above reasons, this Court hereby STRIKES the motion, filed January 19, 2012, as
5 frivolous and malicious.
6 IT IS SO ORDERED.
7
  Dated:    January 23, 2012
8                                  CHIEF UNITED STATES DISTRICT JUDGE